# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHRISTINE BRYANT on behalf of herself and all other persons similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-06622 |
| vs. | ) ) | Honorable Virginia M. Kendall |
| COMPASS GROUP USA, INC. | ) ) | |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT

The parties, by their undersigned attorneys, notify the Court that they have reached an agreement in principle to settle the above-captioned putative class action. As a result, the parties request that the Court vacate the discovery deadline of May 28, 2021. ECF No. 57. The parties also request that the Court maintain the existing status hearing set for June 2, 2021 at 9:00 a.m. *Id.* At that status hearing, the parties will inform the Court about their plan to obtain contact information for proposed settlement class members and seek preliminary approval of the settlement.

Dated: May 26, 2021

*/s/* Zachary C. Flowerree
One of Plaintiff's Attorneys

Douglas M. Werman
Maureen A. Salas
Sarah J. Arendt
Zachary C. Flowerree
WERMAN SALAS P.C.
77 W. Washington St., Ste. 1402
Chicago, Illinois
Telephone: (312) 419-1008
dwerman@flsalaw.com

Respectfully submitted,

/s/ Joseph C. Wylie II (*with consent*)
One of Defendant's Attorneys

Joseph C. Wylie II
Molly K. McGinley
Kenn Brotman
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8108

| | |
|---|---|
| msalas@flsalaw.com<br>zflowerree@flsalaw.com<br>sarendt@flsalaw.com | joseph.wylie@klgates.com<br>molly.mcginley@klgates.com<br>kenn.brotman@klgates.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |