# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE BRYANT on behalf of herself and all other persons similarly situated, known and unknown,  )<br>)<br>)<br>) | |
| Plaintiff,  ) | Case No. 1:19-cv-06622 |
| )<br>vs.  )<br>) | Honorable Virginia M. Kendall |
| COMPASS GROUP USA, INC. and 365 RETAIL MARKETS, LLC,  )<br>)<br>) | |
| Defendants.  ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW NOT TO EXCEED TWENTY PAGES IN SUPPORT OF HER FORTHCOMING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

On October 28, 2021, Plaintiff will file her Unopposed Motion for Preliminary Approval of Class Action Settlement. Plaintiff's Memorandum of Law in support of that Motion will exceed the 15-page limit set by Local Rule 7.1. Plaintiff expects her Memorandum of Law to be 19 pages. The extra pages are necessary for Plaintiff to analyze all of the relevant legal and factual issues that support preliminary approval of the parties' class action settlement. As a result, Plaintiff requests leave to file a Memorandum of Law not to exceed 20 pages.

Defendants do not oppose the relief requested by this Motion.

WHEREFORE, Plaintiff requests leave to file a Memorandum of Law not to exceed 20 pages in support of her forthcoming Unopposed Motion for Preliminary Approval of Class Action Settlement.


Dated:  October 27, 2021

Respectfully submitted,

/s/Zachary C. Flowerree
*One of Plaintiffs' Attorneys*

Douglas M. Werman
dwerman@flsalaw.com
Zachary C. Flowerree
zflowerree@flsalaw.com
Werman Salas P.C.
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

*Attorneys for Plaintiff and
Others Similarly Situated*

2

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system on October 27, 2021, which will serve a copy on all counsel of record.

                                    /s/ *Zachary C. Flowerree*
                                         *One of the Attorneys for Plaintiff*