IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE BRYANT on behalf of herself and all other persons similarly situated, known and unknown, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 1:19-cv-06622 |
| vs. ) ) | Honorable Virginia M. Kendall |
| COMPASS GROUP USA, INC. and 365 RETAIL MARKETS, LLC, ) ) ) | |
| Defendants. ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons stated in her accompanying Memorandum of Law, Plaintiff, on behalf of herself and the settlement class she seeks to represent, moves this Court to grant preliminary approval of the proposed class action settlement and enter her proposed Preliminary Approval Order, which Plaintiff will email to the Court's proposed order email address. Defendants do not oppose this motion.

Dated: October 28, 2021

Respectfully submitted,

/s/Zachary C. Flowerree
*One of Plaintiff's Attorneys*

Douglas M. Werman
dwerman@flsalaw.com
Zachary C. Flowerree
zflowerree@flsalaw.com
**WERMAN SALAS P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

*Attorneys for Plaintiff and
Others Similarly Situated*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system on October 28, 2021, which will serve a copy on all counsel of record.

/s/ *Zachary C. Flowerree*
One of the Attorneys for Plaintiff