IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHRISTINE BRYANT on behalf of herself and all other persons similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-06622 |
| vs. | ) ) | Honorable Virginia M. Kendall |
| COMPASS GROUP USA, INC. and 365 RETAIL MARKETS, LLC, | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW NOT TO EXCEED TWENTY PAGES IN SUPPORT OF HER REQUEST FOR ATTORNEY'S FEES AND LITIGATION COSTS**

On November 2, 2021, this Court granted Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. On May 31, 2022, Plaintiff will file her Memorandum of Law in Support of Her Request for Attorney's Fees and Costs. Plaintiff's Memorandum of Law will exceed the 15-page limit set by Local Rule 7.1. The extra pages are necessary for Plaintiff to analyze all of the relevant legal and factual issues that support the request for attorney's fees and costs. As a result, Plaintiff requests leave to file a Memorandum of Law not to exceed 20 pages.

Defendants do not oppose the relief requested by this Motion.

WHEREFORE, Plaintiff requests leave to file a Memorandum of Law not to exceed 20 pages in support of her request for attorney's fees and litigation costs.

Dated: May 24, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ *Maureen A. Salas*
　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

　　　　　　　　　　　　　　　　Maureen Salas (msalas@flsalaw.com)
　　　　　　　　　　　　　　　　Douglas Werman (dwerman@flsalaw.com)
　　　　　　　　　　　　　　　　Bernard K. Schott (bschott@flsalaw.com)
　　　　　　　　　　　　　　　　**WERMAN SALAS P.C.**
　　　　　　　　　　　　　　　　77 W. Washington St., Suite 1402
　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　Telephone: (312) 419-1008

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and Settlement Class Members*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system on May 24, 2022 which will serve a copy on all counsel of record.

/s/ *Maureen A. Salas*
One of the Attorneys for Plaintiff