IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHRISTINE BRYANT on behalf of herself and all other persons similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-06622 |
| vs. | ) ) | Honorable Virginia M. Kendall |
| COMPASS GROUP USA, INC. and 365 RETAIL MARKETS, LLC, | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW NOT TO EXCEED EIGHTEEN PAGES IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

On November 2, 2021, this Court granted Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. On September 1 2022, Plaintiff will file her Memorandum of Law in Support of Her Unopposed Motion for Final Approval of Class Action Settlement. Plaintiff's Memorandum of Law will exceed the 15-page limit set by Local Rule 7.1. The extra pages are necessary for Plaintiff to analyze all of the relevant legal and factual issues that support final approval. As a result, Plaintiff requests leave to file a Memorandum of Law not to exceed 18 pages.

Defendants do not oppose the relief requested by this Motion.

WHEREFORE, Plaintiff requests leave to file a Memorandum of Law not to exceed 18 pages in support of her request for final approval of class action settlement.

| | |
|---|---|
| Dated: August 29, 2022 | Respectfully submitted, |
| | /s/ *Maureen A. Salas* |
| | One of Plaintiff's Attorneys |

Maureen Salas (msalas@flsalaw.com)
Douglas Werman (dwerman@flsalaw.com)
Bernard K. Schott (bschott@flsalaw.com)
**WERMAN SALAS P.C.**
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008

*Attorneys for Plaintiff and
Settlement Class Members*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system on August 29, 2022 which will serve a copy on all counsel of record.

/s/ *Maureen A. Salas*
One of the Attorneys for Plaintiff