# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE BRYANT on behalf of herself and all other persons similarly situated, known and unknown, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 1:19-cv-06622 |
| vs. ) ) | Honorable Virginia M. Kendall |
| COMPASS GROUP USA, INC. and 365 RETAIL MARKETS, LLC, ) ) ) | |
| Defendants. ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons stated in her accompanying Memorandum of Law, Plaintiff, on behalf of herself and members of the Settlement Class, requests that the Court grant final approval of the Parties' class action settlement and enter the proposed Final Approval Order, submitted to the Court via its proposed order email address.

Respectfully submitted,

Dated: September 1, 2022

/s/Maureen A. Salas
*One of the Attorneys for Plaintiff and the Settlement Class*

Douglas M. Werman
(dwerman@flsalaw.com)
Maureen A. Salas
(msalas@flsalaw.com)
**Werman Salas P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

1