## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Christine Bryant

                                        Plaintiff,

v.                                                               Case No.: 1:19–cv–06622
                                                                            Honorable Virginia M. Kendall

Compass Group USA, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 8, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held on 9/8/2022 via Webex. For the reasons stated on the record, Plaintiff's motion for attorney's fees, litigation costs, service award, and settlement administration costs [115] and unopposed Motion for Final Approval of Class Action Settlement [122] are granted. Final Approval Order to follow. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.